UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                         CASE NO. 2:18-cr-20584

    v.                                 HON. GERSHWIN A. DRAIN

RYAN MCINERNEY,

Defendant.
_____

## MOTION FOR AN ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM

    Ryan McInerney, through his attorneys Shannon M. Smith and Mariell R. Lehman, respectfully requests that Defendant's Sentencing Memorandum be received by the Court under seal. Defendant requests the Memorandum be sealed as it contains detailed medical information that should not be in the public file.

    Pursuant to Local Court Rule 7.1(a)(1), Counsel have sought concurrence from the government, and the government **does concur** that the aforementioned Memorandum should be sealed by the Court.

                                      Respectfully submitted,

6/1/2021                             /s/SHANNON SMITH
Date                                 Shannon Smith
                                      Attorney for Ryan McInerney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 1, 2021, I e-filed the foregoing document, which e-served all counsel of record.


/s/<u>Shannon Smith</u>
Shannon Smith
Smith Lehman, PC
1668 South Telegraph Rd.
Suite 200
Bloomfield Hills, MI 48302
Phone: (248) 636-2595
shannon@smith-lehman.com